DANIEL BLAU (Cal. Bar No. 305008)
Email: blaud@sec.gov
TAMAR BRAZ (Cal. Bar No. 264080)
Email: brazt@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Katharine E. Zoladz, Regional Director
Gary Y. Leung, Associate Regional Director
Douglas M. Miller, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3306
Facsimile: (213) 443-1904

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### Western Division

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    vs.<br><br>YOSSI ENGEL,<br><br>    Defendant. | Case No. 2:23-cv-00213 PA (JPRx)<br><br>**NOTICE OF FILING OF CONSENT OF DEFENDANT YOSSI ENGEL TO FINAL JUDGMENT** |

Plaintiff Securities and Exchange Commission ("SEC") notifies the Court of a settlement reached with Defendant Yossi Engel that has been approved by the SEC Commissioners. Defendant Engel is incarcerated at FCI Cumberland, a federal correctional institution located in Maryland. The SEC has received from Engel an executed consent to the entry of a final judgment against him that resolves the Commission's claims in this civil enforcement action. Engel's signed consent is attached to this Notice. Although the executed consent contains a placeholder for notarization by a notary public, the SEC does not insist on notarization in light of Engel's present incarceration, and accepts Engel's signed consent as fully executed. Accordingly, the SEC respectfully requests the Court enter the proposed Final Judgment, which will resolve all outstanding issues in the SEC's case against Engel while retaining the Court's jurisdiction to enforce the terms of the Final Judgment.

Dated: July 10, 2024

*/s/ Daniel Blau*
Daniel Blau
Attorney for Plaintiff
Securities and Exchange Commission

# PROOF OF SERVICE

I am over the age of 18 years and not a party to this action. My business address is:

U.S. SECURITIES AND EXCHANGE COMMISSION,
444 S. Flower Street, Suite 900, Los Angeles, California 90071
Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On July 10, 2024, I caused to be served the document entitled **NOTICE OF FILING OF CONSENT OF DEFENDANT YOSSI ENGEL TO FINAL JUDGMENT** on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☒ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☐ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date: July 10, 2024          */s/ Daniel Blau*
                              DANIEL BLAU

1

*SEC v. Yossi Engel*
**United States District Court—Central District of California**
Case No. 2:23-cv-00213 PA (JPRx)

**SERVICE LIST**

Jan Lawrence Handzlik, Esq.
Handzlik & Associates APC
515 South Flower Street, 18th Floor
Los Angeles, California 90071
(213) 236-3519
jan@handzliklaw.com
***Attorney for Defendant Yossi Engel***